IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TIFFANY McKEEN, )<br>Individually, and as the )<br>Administrator of the Estate )<br>of Steven Amos Williams, )<br>deceased, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>U-HAUL INTERNATIONAL, INC., )<br>a Corporation; et al., )<br> )<br>    Defendant. ) | CIVIL ACTION NO.<br>3:11cv980-MHT<br>(WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 31) is granted and that defendants David Walker, d/b/a Custom Trucks Unlimited, and the claims against him are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

David Walker, d/b/a Custom Trucks Unlimited, is terminated as a main defendant.  Said party is still in this case as a crossclaim defendant.

This case is not closed.

DONE, this the 6th day of January, 2012.

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**