IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


| | | |
|---|---|---|
| TIFFANY McKEEN, Individually, and as the Administrator of the Estate of Steven Amos Williams, deceased, | ) ) ) ) ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:11cv980-MHT |
| | ) | (WO) |
| U-HAUL INTERNATIONAL, INC., a Corporation; et al., | ) ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 32), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Eberly Transportation, d/b/a Two Men and a Truck, and the claims against it, are dismissed without prejudice.

The court assumes that defendant Eberly Transportation, d/b/a Two Men and a Truck, has no objection to the dismissal; however, if it does, it must

file the objection within seven days from the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Eberly Transportation, d/b/a Two Men and a Truck, is terminated as a main defendant.  Said party is still in this case as a crossclaim defendant.

This case is not closed.

DONE, this the 6th day of January, 2012.


         /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE