IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TIFFANY McKEEN,                              )<br>Individually, and as the       )<br>Administrator of the Estate )<br>of Steven Amos Williams,        )<br>deceased,                                    )<br>                                                        )<br>     Plaintiff,                              )<br>                                                        )<br>     v.                                             )<br>                                                        )<br>U-HAUL INTERNATIONAL, INC., )<br>a Corporation; et al.,           )<br>                                                        )<br>     Defendant.                           ) | CIVIL ACTION NO.<br>3:11cv980-MHT<br>(WO) |

JUDGMENT

Pursuant to the notice of dismissal (doc. no. 32), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Eberly Transportation, d/b/a Two Men and a Truck, and the claims against it, are dismissed without prejudice.

The court assumes that defendant Eberly Transportation, d/b/a Two Men and a Truck, has no objection to the dismissal; however, if it does, it must

file the objection within seven days from the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Eberly Transportation, d/b/a Two Men and a Truck, is terminated as a main defendant.  Said party is still in this case as a crossclaim defendant.

This case is not closed.

DONE, this the 6th day of January, 2012.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**