IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TIFFANY McKEEN, as the        )
Administrator of the Estate   )
of Steven Amos Williams,      )
deceased,                     )
                              )
    Plaintiff,                )
                              )     CIVIL ACTION NO.
    v.                        )       3:11cv980-MHT
                              )           (WO)
U-HAUL INTERNATIONAL, INC.,   )
a Corporation; et al.,        )
                              )
    Defendant.                )
```

JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (doc. nos. 25 & 26) are granted.

(2) U-Haul International, Inc. and Sovran Holdings, Inc. are dismissed without prejudice and terminated as defendants to the crossclaim brought by defendant Katherin Miller.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 25th day of January, 2012.**

                                 **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**