IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ERIC LEE KELLEY,            )
Administrator of the Estate )
of Melinda Jo Williams,     )
Deceased,                   )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )    3:11cv919-MHT
                            )        (WO)
U-HAUL INTERNATIONAL, INC., )
a Corporation; et al.,      )
                            )
     Defendants.            )


TIFFANY McKEEN, as the      )
Administrator of the Estate )
of Steven Amos Williams,    )
deceased,                   )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )    3:11cv980-MHT
                            )        (WO)
U-HAUL INTERNATIONAL, INC., )
a Corporation; et al.,      )
                            )
     Defendant.             )
```

```
TAMMY JOHNSTON,                    )
Individually and as Next           )
Friend and Legal Guardian          )
of H.M.W., a minor child,          )
                                   )
    Plaintiff,                     )
                                   )     CIVIL ACTION NO.
    v.                             )       3:11cv981-MHT
                                   )          (WO)
U-HAUL INTERNATIONAL, INC.,        )
a Corporation, et al.,             )
                                   )
    Defendants.                    )
```

## JUDGMENT

It is ORDERED as follows:

(1) The motion to dismiss regarding Walker, LLC, filed on August 1 and 2, 2012, in the above-styled three cases, is granted.

(2) Walker, LLC is dismissed as a defendant and as a cross-claim defendant in these three cases.

(3) Walker, LLC is terminated completely as a party in these three cases.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**These three cases are not closed.**

**DONE, this the 3rd day of August, 2012.**

                                 <u>/s/ Myron H. Thompson</u>
                              **UNITED STATES DISTRICT JUDGE**