IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TIFFANY McKEEN, as the           )<br>Administrator of the Estate )<br>of Steven Amos Williams,     )<br>deceased,                     )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>U-HAUL INTERNATIONAL, INC.,   )<br>a Corporation; et al.,       )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>3:11cv980-MHT<br>(WO) |

ORDER

It is ORDERED that the motion for extension of deadline (doc. no. 104) is granted as requested.

DONE, this the 4th day of December, 2012.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE